No. 858. RHODES E. CAVE ET AL., PLAINTIFFS IN ERROR, *v.* STATE OF MISSOURI EX REL. JAMES P. NEWELL. In error to the Supreme Court of the State of Missouri. Motion to dismiss submitted March 11, 1918. Decided March 18, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) § 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, c. 448, 39 Stat. 726; *Philadelphia & Reading Coal & Iron Co.* v. *Gilbert,* 245 U. S. 162; (2) *Wilson* v. *North Carolina,* 169 U. S. 586, 592; *Taylor & Marshall* v. *Beckham,* 178 U. S. 548, 576. *Mr. George B. Webster, Mr. Elliott W. Major, Mr. Charles G. Revelle* and *Mr. Selden P. Spencer* for plaintiffs in error. *Mr. George F. Haid* and *Mr. Frank H. Sullivan* for defendant in error.